FILED
2006 OCT -2 AM 10: 20

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY A. BURNS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06CR1715 LAB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| MICHAEL TWOMBLY, | ) | |
| Defendant. | ) | |

Good cause appearing therefor:

IT IS HEREBY ORDERED that funding for computer expert, Ted Coombs, not to exceed ~~50~~ 25 hours at $150 an hour are authorized. Defendant may renew his application if additional hours are necessary.

It is further ordered that the Ex Parte Application along with the Declaration In Support of said Application be sealed, and that **THIS ORDER SHALL NOT BE SEALED.**

**IT IS SO ORDERED:**

Dated: 9/29/06

U.S. DISTRICT COURT JUDGE
LARRY A. BURNS