UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. LARRY A. BURNS)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06CR1715-LAB |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| MICHAEL TWOMBLY, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that travel restrictions imposed as a condition of pretrial release for defendant Michael Twombly shall be modified to permit him to travel throughout the Continental United States.

**IT IS SO ORDERED.**

Dated: 6/8/07

LARRY A. BURNS
U.S. DISTRICT COURT JUDGE